# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| SUZANNE MARIE PHILLIPS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:16-cv-01471-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME TO FILE ANSWER<br><br>(ECF No. 7) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file the administrative record on or before April 3, 2017; and
2. The deadlines in the October 3, 2017 scheduling order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **March 2, 2017**

_____
UNITED STATES MAGISTRATE JUDGE