# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SUZANNE PHILLIPS, | Case No. 1:16-cv-01471-SAB |
|---|---|
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY. | (ECF No. 13) |
| Defendant. | |

On June 6, 2017, Plaintiff filed a stipulation to extend the time for her to file her opening brief. (ECF No. 13.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before July 10, 2017;
2. Defendant's response to Plaintiff's opening brief shall be filed on or before August 9, 2017; and
3. Plaintiff's reply, if any, shall be filed on or before August 24, 2017.

IT IS SO ORDERED.

Dated: **June 7, 2017**

UNITED STATES MAGISTRATE JUDGE

1