# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE MARIE PHILLIPS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:16-cv-01471-SAB<br><br>ORDER SETTING HEARING ON PLAINTIFF'S SOCIAL SECURITY APPEAL |

Plaintiff Suzanne Phillips seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. The Court finds that this matter is appropriate for oral argument. Accordingly, the parties shall appear on January 24, 2018, at 10:00 a.m., in Courtroom 9 for a hearing on Plaintiff's Social Security Appeal. The parties may appear telephonically at the hearing by contacting Courtroom Deputy Mamie Hernandez at (559) 499-5672 to obtain the teleconference phone number and pass code. The parties should be prepared to address all argument raised in Plaintiff's briefing with citations to the record.

/ / /

/ / /

/ / /

/ / /

1

Based on the foregoing, IT IS HEREBY ORDERED that a hearing on Plaintiff's Social Security Appeal shall be held before the undersigned on **January 24, 2018, at 10:00 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated: __**December 20, 2017**__

UNITED STATES MAGISTRATE JUDGE