# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| SUZANNE MARIE PHILLIPS, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:16-cv-01471-SAB <br><br> ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR VOLUNTARY ENTRY OF JUDGMENT FOR PLAINTIFF <br><br> (ECF No. 19) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to take further action as necessary to complete the administrative record, including, but not limited to, obtaining supplemental vocational expert testimony, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: January 19, 2018
*/s/ Melissa Newel by Chantal R. Jenkins\**
MELISSA NEWEL
\*As authorized *via* email by Melissa Newel
on January 18, 2018
Attorney for Plaintiff

Dated: January 19, 2018
MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

## ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. All pending dates and matters in this action are HEREBY VACATED. It is FURTHER ORDERED that judgment be entered in favor of Plaintiff Suzanne Marie Phillips and against Defendant Commissioner of Social Security. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated: **January 19, 2018**

_____
UNITED STATES MAGISTRATE JUDGE