# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE MARIE PHILLIPS,<br><br>       Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No. 1:16-cv-01471-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br>(ECF No. 24)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR ATTORNEY FEES<br>(ECF No. 22) |

Pursuant to the stipulation of the parties, Plaintiff's appeal of the final decision of the Commissioner of Social Security was remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) on January 19, 2018. (ECF No. 20.) On April 19, 2018, Plaintiff filed a motion for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (ECF No. 22.) On April 20, 2018, the parties filed a stipulation for the award of attorney fees pursuant to the EAJA. (ECF No. 24.)

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees pursuant to the EAJA in the amount of $4,606.91. Plaintiff's motion for attorney fees (ECF No. 22) is denied as moot.

IT IS SO ORDERED.

Dated: __**April 23, 2018**__                                 

                              UNITED STATES MAGISTRATE JUDGE